1090

No. 89–6356. SOLON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6358. DEMOS v. SUPREME COURT OF WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 89–6361. SPYCHALA v. CAMPOY. C. A. 9th Cir. Certiorari denied.

No. 89–6365. GUILES v. NOWLAND ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–6366. WEBER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6368. HUNTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 89–6369. WARREN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 89–6372. ANDERSON v. GREEN ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–6374. LLERA v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 89–6379. GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6380. CHAKA v. KLINCAR ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–6381. CURRY v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 89–6382. ALVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 89–6384. SCIRE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–6387. HEREDIA v. STICKRATH, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 89–6388. HARRIS v. UNITED STATES. Ct. App. D. C. Certiorari denied.